UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

DAVID MCCOY, ET AL.

    Plaintiff(s)

V.                                                                           CIVIL ACTION NO. 24-13172-DJC

NEW ENGLAND AERONAUTICS INC., ET AL.

    Defendant(s)

CASPER, D.J.

## ORDER OF REMAND

In accordance with the ECF Order dated June 21, 2025, granting plaintiff's motion to remand, D. 24; it is hereby ORDERED:

Case is REMANDED to Middlesex Superior Court.

                                                                                  Robert M. Farrell, Clerk

July 25, 2025                                                    By: /s/ Savannah Cook
                                                                                        Deputy Clerk